SEBASTIÁN RIVERA AYALA, querellante y recurrido, *v.* RAMÓN CORE AYALA, querellado y recurrente.

*Número:* O-81-162          *Resuelto:* 15 de abril de 1981

*Rafael Pacheco Rivera,* abogado del recurrente.

### RESOLUCIÓN

*Certiorari* denegado.

Se impone al abogado de la parte recurrente, Sr. Rafael Pacheco Rivera, una sanción de $100 por frivolidad, para beneficio del Estado, que deberá hacer efectiva en la sala de instancia dentro de los 10 días siguientes al recibo del mandato.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario. Los Jueces Asociados Señores Rigau y Dávila no intervinieron.

(Fdo.) Ernesto L. Chiesa

*Secretario*